Nos. 24-1021, 24-1055

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

FATE THERAPEUTICS, INC., WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,

*Plaintiffs-Appellants/Cross-Appellees*,

v.

SHORELINE BIOSCIENCES, INC.,

*Defendant-Appellee/Cross-Appellant*.

On Appeal from the U.S. District Court for the Southern District of California,
The Honorable Marilyn L. Huff, Case No. 3:22-cv-00676-H-MSB

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

| | |
|---|---|
| Andrew S. Ong | Kevin P. Martin |
| GOODWIN PROCTER LLP | GOODWIN PROCTER LLP |
| 601 Marshall Street | 100 Northern Avenue |
| Redwood City, CA 94063 | Boston, MA 02210 |
| (650) 752-3100 | (617) 570-1000 |

*Counsel for Plaintiffs-Appellants*

November 13, 2023

# CERTIFICATE OF INTEREST

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1) | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2) | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3) |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Fate Therapeutics, Inc. | | |
| Whitehead Institute for Biomedical Research | | |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

Greenberg Traurig, LLP: Aimee Housinger, Ben Witte, Brent Douglas Sokol, Danielle Zapata Mills, Giancarlo Luca Scaccia, Jeffrey Ray Colin, Lisa Christine McCurdy, Wen Xue

Duane Morris LLP: Daniel Doft

Wright, L'Estrange & Ergastolo: Joseph Thomas Ergastolo

Goodwin Procter LLP: Christopher J.C. Herbert

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

| ☐ Yes (file separate notice see below) | ☑ No | ☐ N/A (amicus/movant) |

| **6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6). |
| ☑ None/Not Applicable ☐ Additional pages attached |

November 13, 2023 /s/ *Kevin P. Martin*
Kevin P. Martin

Pursuant to Federal Circuit Rule 26(b), Plaintiffs-Appellants/Cross-Appellees Fate Therapeutics, Inc. and Whitehead Institute for Biomedical Research (together, "Plaintiffs") respectfully request a 60-day extension of the time within which to file their opening brief, from December 4, 2023, to Friday, February 2, 2024. *See* Fed. Cir. R. 26(b) (permitting extension for good cause). Defendant-Appellee/Cross-Appellant Shoreline Biosciences, Inc. does not oppose this motion and will not be filing a response. This is Plaintiffs' first request for an extension of time to file their opening brief.

As explained in the accompanying declaration, good cause exists for the requested extension. Appellate counsel for Plaintiffs were not counsel in the underlying district court action until after judgment was entered, and thus will require additional time to familiarize themselves with the record. Appellate counsel for Plaintiffs is also involved in several other ongoing matters with intervening deadlines, including post-trial briefing in a matter in the International Trade Commission due in November 2023, Commission Appeal briefing in a different International Trade Commission matter due in November and December 2023, ongoing briefing in two appeals recently filed in this Court, potential oral argument in this Court in a case that has been fully briefed since June 2023, and preparation for a potential preliminary injunction hearing in the U.S. District Court for the District of New Jersey.

Given these commitments, Plaintiffs respectfully request a 60-day extension to ensure that counsel have sufficient time to prepare the opening brief in this case, and that Plaintiffs have sufficient time to review it.

Counsel for Defendant-Appellee/Cross-Appellant have informed counsel for Plaintiffs that Defendant-Appellee/Cross-Appellant does not oppose this extension.

For the foregoing reasons, Plaintiffs respectfully request a 60-day extension of time within which to file its opening brief, to and including February 2, 2024.

Dated: November 13, 2023

/s/ *Kevin P. Martin*
Kevin P. Martin
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Andrew S. Ong
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
(650) 752-3100

*Counsel for Plaintiffs-Appellants*

# DECLARATION OF KEVIN P. MARTIN

I, Kevin P. Martin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of Goodwin Procter LLP. I am licensed to practice law in the State of Massachusetts and am admitted to practice before this Court. I am lead appellate counsel for Fate Therapeutics, Inc. and Whitehead Institute for Biomedical Research (together, "Plaintiffs") in this appeal.

2. I submit this declaration, pursuant to Fed. Cir. R. 26(b)(3), in support of Plaintiffs' motion for a 60-day extension of time, to and including Friday, February 2, 2024, to file its opening brief.

3. The current due date for Plaintiffs' opening brief is December 4, 2023.

4. This is Plaintiffs' first request for an extension of time to file its opening brief.

6. Appellate counsel for Plaintiffs is involved in several other ongoing matters with intervening deadlines, post-trial briefing in a matter in the International Trade Commission due in November 2023, Commission Appeal briefing in a different International Trade Commission matter due in November and December 2023, ongoing briefing in two appeals recently filed in this Court, potential oral argument in this Court in a case that has been fully briefed since June 2023, and preparation for a potential preliminary injunction hearing in the U.S. District Court for the District of New Jersey.

6. On November 9, 2023, counsel for Defendant-Appellee/Cross-Appellant Shoreline Biosciences, Inc. informed me that it does not oppose the requested extension and does not plan to file a response to this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2023

/s/ *Kevin P. Martin*
Kevin P. Martin

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 27(d), it contains 291 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-scale requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft 2016 in 14-point Times New Roman, a proportionally spaced typeface.

November 13, 2023
/s/ *Kevin P. Martin*
Kevin P. Martin

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system.  Counsel for all parties to this case are registered CM/ECF users and will be served by the CM/ECF System.

/s/ *Kevin P. Martin*
Kevin P. Martin
